B 6F (Official Form 6F) (12/07)

In re MARYBETH NEWELL ,     Case No. 09-25486
_____Debtor_____     _____(if known)_____

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX 8036 <br> ADVANCED IMAGING PARTNERS <br> 1700 REISTERSTOWN RD <br> BALTIMORE MD 21208 | | | MEDICAL BILL | | | | $113.99 |
| ACCOUNT NO. xxxxxxxxx2005 <br> MBNA <br> NCO FINANCIAL SYSTEMS <br> 507 PRUDENTIAL RD <br> HORSHAM PA 19044 | | | 2005-2008 CHARGE CARD | | | | $5,459.41 |
| ACCOUNT NO. xxxR xxxxxxxx6784 <br> WACHOVIA BANK <br> 2100 YORK RD <br> TIMONIUM MD 21093 | | | 2008 OTHER BILL - BANK ACCOUNT PROBABLY UNDER THE NAME HOWARD HATTER | | | | $763.00 |
| ACCOUNT NO. | | | | | | | |

                             Subtotal➤   $ 6336.40

_C_ continuation sheets attached                Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    6336.40

FILED

SEP 16 2009

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

# United States Bankruptcy Court
## District of Maryland

In Re: MARYBETH M. NEWELL        Case Number: 09-25486

        Debtor(s)                           Chapter: 7

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 9/15/09                    Signature of Debtor(s): /s/ Marybeth M. Newell

                                 /s/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the 341 hearing notice and an amended creditor holding unsecured nonpriority claims matrix was mailed first class, postage paid, this 15th day of September 2009,

Advanced Imaging Partners
1700 Reisterstown Road
Baltimore, MD 21208

MBNA
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Wachovia Bank
2100 York Road
Timonium, MD 21093

Marybeth M. Newell
Case # 09-25486

FILED

SEP 16 2009

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE